# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>*ex rel.* JENNIFER OUTLAW,  )<br>  )<br>  Plaintiff-Relator  )<br>  )<br>  vs.  )<br>  )<br>COMPASSIONATE CARE HOSPICE  )<br>GROUP, INC., COMPASSIONATE  )<br>CARE HOSPICE OF SOUTH  )<br>CAROLINA, LLC,  )<br>  )<br>  Defendants.  ) | C.A. No. 3:18-cv-00914-JFA<br><br><br>**FILED EX PARTE AND<br>UNDER SEAL** |

## ORDER

Having received notice of the decision of the United States to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby **ORDERED** that:

1. the following documents be unsealed:

    a. the Relator's current Complaint;

    b. United States Notice of Election to Decline to Intervene; and

    c. This Order.

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except as further ordered by this Court;

3. all matters occurring in this action after the date of this Order shall be filed on the public docket and shall not be filed under seal unless accompanied by an appropriate motion pursuant to Local Civil Rule 5.03;

4. the Relator shall serve the Defendants within 90 days of the date of this Order, as provided for in Fed. R. Civ. P. 4(m);

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and the Plaintiff United States. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States;

7. all orders of this Court shall be sent to the United States;

8. should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, either the Relator or the Defendants will solicit the written consent of the United States before presenting the matter to this court for its ruling or granting its approval.

IT IS SO ORDERED.

December 11, 2018  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge